AHM/MWW: APRIL. 2005
GJ # 30

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **DALTON RAY SKINNER** | ) |

### INDICTMENT

**COUNT ONE**: [18 U.S.C. § 248(a)(3)]

The Grand Jury charges:

That on or about the 19TH day of January, 2006, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

DALTON RAY SKINNER,

did intentionally damage the property of a facility, that is the West Alabama Women's Center, because that facility provides reproductive services, in violation of Title 18,

United States Code, Section 248(a)(3).

A TRUE BILL

/s/
FOREMAN OF THE GRAND JURY

ALICE H. MARTIN
United States Attorney

/s/
MICHAEL W. WHISONANT
Assistant United States Attorney